# EXHIBIT A

David D Dickerson

8069 Deanville Rd

Brown City MI 48416

(810)-614-8475.


RE: Robert C Glapiniski

Case #25-30216


I am writing this on behalf of my closest friend Robert, DR Robert C Glapiniski. I have known Robert for more than 25 years. Robert is a good man and a great Doctor that truly cared about his patients and their health. He is always concerned about not only their health but also their quality of life. Many time when I would stop by his house or office I would find Robert studying the molecular breakdown of medications, because you can take two patients with the same illness but the medication that works for the patient with B positive blood type won't work as well for the patient with type o blood, and he would want to help both to live their fullest life. The pharmaceutical companies have Representatives that travel from Doctor to Doctor wanting each to write the medication they have as opposed to the other companies. They bring lunch for the staff and offer incentives to the Doctors, The only thing Robert would ask is that they supply enough samples for a patient whose insurance won't cover the medication so Robert would make sure they could still have it without having to go into their own pocket. Many seniors have to go without medication because they can't afford a whole month's supply Robert would make sure they were OK. Robert is our family physician for both Pam & I our two boys their wives and our four grandchildren Robert always took good care of us and would set up a pediatric physician for our grandchildren when he thought it was needed.

Robert didn't become a Doctor for the money, He truly has a need to help people in many ways. At one time one of his staff was having some financial difficulty. Robert didn't know this until one day at work a tow truck showed up to take her car, Robert called the finance Co found out the payoff and paid for her car right

then, and He would never let her repay him he said it was a bonus for her attention to detail at the office. We were working on some projects at the office on a week day when my wife Pam (Robert treated her like his own sister) came up to go get us lunch, She said the riding lawn mower had quit AGAIN. I told Robert that I would not be able to work with him on Saturday that I would be fixing the mower. On Thursday a new John Deere rider was delivered to our house with a note "See you Saturday LOL" He would never let us repay him for the $4,800.00 mower.

I picked up Robert from the federal court when he was released I was in a state of shock at the charges, Robert admitted to me his wrongs and what had happened. I know Robert and his heart he was full of remorse and guilt at having been pulled into this. He didn't minimize it at all and is taking full responsibility for his actions. He said to me that he has never touched anyone inappropriately. Like I said I know Robert and his heart and do believe him. There are many people who are addicted to alcohol, perception drugs or street drugs, Food addictions and others. Unfortunately there are an equal amount of people that are addicted to turmoil and if they don't have it they create it. When something like this comes out in the news there are many people that will want to jump on the band wagon so to speak. They don't care that their lies will destroy another's life just so long as the can get on the pity wagon and have others gather around them and tell them how bad they feel for them and give them false support they live for the turmoil. I know all the testimonies that have come accusing Robert of this or that would fall apart if they were asked to take a lie detector, guaranteed they will all fall to the wayside and would recant their lies.

Robert is a good man and a great Doctor as I have said. Please take into concertation the years of service he has given to help many people so they could live a fuller and longer life.

Sincerely.

David D

Dickerson.