# EXHIBIT B

To Whom it May Concern:

June 13, 2025

   My name is Pamela Jones Dickerson I am writing this on behave of Dr. Robert Glapinski.  I first met Dr. Glapinski  when we were both employed at Mercy hospital  about 25 years ago.   I worked with him for about 8 years in the Mercy Family Medicine in Capac Michigan.  In that time we became friends as well as co- workers.  I always respected him as a  very good Doctor and a kind and giving person.   Dr. Robert Glapinski was also my family doctor for many years.  I trusted him with myself and my two sons health and wellbeing.  My sons think the world of him.  We all came together in helping him in the community for adopting a highway in his name which we cleaned up twice a year.  In the many years of knowing Dr, Glapinski I only know him as a wonderful doctor , kind and respectful  to all that knew him.

If you have any questions or concerns, please don't hesitate to call.

810-683-4231

Sincerely,

Pamela Jones Dickerson