# EXHIBIT C

July 29, 2025

To whom it may concern:

My name is Thomas Jones. I am writing this letter on behalf of Dr. Robert Glapinski. Dr. Glapinski has been my family doctor and close family friend for over 20 years. I have spent time with him not only during appointments at his doctor's office, but also at my graduation, wedding, concerts, Thanksgiving, Christmas, and during adopt-a-highway. During all our interactions, I have never known him to be anything other than a kind, caring man and trusted doctor to me and my family.

If you have any questions or concerns, please call me at 810-338-3388.

Sincerely,

Thomas Jones